**Electronically Filed
Supreme Court
SCWC-19-0000643
08-APR-2024
10:14 AM
Dkt. 11 ODAC**

SCWC-19-0000643

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAII ORGANIZATION OF POLICE OFFICERS (SHOPO),
Petitioner/Complainant-Appellant-Appellant,

vs.

HAWAIʻI LABOR RELATIONS BOARD; MARCUS R. OSHIRO;
SESNITA A.D. MOEPONO; and STACY MONIZ,
Respondents/Agency-Appellees-Appellees,

and

ARTHUR "JOE" LOGAN, CHIEF OF POLICE
OF THE HONOLULU POLICE DEPARTMENT; and
CITY AND COUNTY OF HONOLULU,
Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000643; CIV. NO. 1CC191000270)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Morikone, in place of Devens, J., recused)

Petitioner State of Hawaii Organization of Police Officers' Application for Writ of Certiorari, filed on February 23, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 8, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kevin T. Morikone